IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DIANA L. BRETT,

        Plaintiff,                             09-CV-6253-ST

    v.                                         JUDGMENT

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        Defendant.

STEWART, Magistrate Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

    DATED this 30th day of August, 2010.

                                        s/ Janice M. Stewart \_\_\_\_
                                        Janice M. Stewart
                                        United States Magistrate Judge

1 - JUDGMENT